## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: USA v. Hasbajrami     Docket No.: 25-542

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joshua L. Dratel

Firm: Dratel & Lewis

Address: 29 Broadway, Suite 1412, New York, New York, 10006

Telephone: 212-732-0707     Fax: 212-571-3792

E-mail: jdratel@dratellewis.com

Appearance for: Agron Hasbajrami, Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Michael K. Bachrach )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 10, 2020     OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Joshua L. Dratel

Type or Print Name: Joshua L. Dratel