UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-542

**Caption [use short title]**

**Motion for:** permission to file oversized brief.

**Set forth below precise, complete statement of relief sought:**

Respectfully requesting that counsel for Defendant-Appellant Agron Hasbajrami be permitted to file an oversized brief.

## USA v. Hasbajrami

**MOVING PARTY:** Agron Hasbajrami
**OPPOSING PARTY:** United States of America

☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** Joshua L. Dratel
**OPPOSING ATTORNEY:** AUSA Saritha Komatireddy

[name of attorney, with firm, address, phone number and e-mail]

Joshua L. Dratel, Dratel & Lewis
Saritha Komatireddy, United States Attorney's Office, Eastern District of New York

29 Broadway, Suite 1412, NY NY 10006
271 Cadman Plaza East, Brooklyn, NY 11201

212-732-0707; jdratel@dratellewis.com
718-254-6054; saritha.komatireddy@usdoj.gov

**Court-Judge/ Agency appealed from:** Eastern District of New York, Judge LaShann DeArcy Hall

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No   If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Joshua L. Dratel   **Date:** 7/14/25   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)