# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-five.

Before:      Steven J. Menashi,
                  *Circuit Judge.*

---

United States of America,

        Appellee,

   v.

Agron Hasbajrami,

        Defendant - Appellant.

---

**ORDER**

Docket Nos. 24-1648 (L), 25-542 (Con)

Appellant moves for leave to file an oversized brief of no more than 17,400 words.

IT IS HEREBY ORDERED that the motion is GRANTED.

                                  For the Court:
                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

