# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand twenty-five.

Before:     Beth Robinson,
                   *Circuit Judge.*

---

United States of America,

         Appellee,

    v.

Agron Hasbajrami,

         Defendant - Appellant.

---

**ORDER**

Docket Nos. 24-1648(L), 25-542(Con)

    Jacob C. Eisenmann seeks to be admitted *pro hac vice* for the purpose of representing the Appellant.

    IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is directed to register as a Filing User under Local Rule 25.1 to file documents electronically in this case within three (3) days of the date of this order.

                                         For the Court:
                                         Catherine O'Hagan Wolfe,
                                         Clerk of Court

