# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1648(L), 25-542(CON)　　　　U.S. v. HASBAJRAMI

**Motion For:** Permission to file an oversized brief.

**Set forth below precise, complete statement of relief sought:**

The government requests permission to file an oversized brief of 25,000 words.

**MOVING PARTY:** APPELLEE　　　　**OPPOSING PARTY:** AGRON HASBAGRAMI (APPELLANT)

☐ Plaintiff　　☐ Defendant
☐ Appellant/Petitioner　　☒ Appellee/Respondent

**MOVING PARTY:** Saritha Komatireddy, AUSA　　　　**OPPOSING PARTY:** Michael K. Bachrach, Law Office of Michael K. Bachrach

U.S. Attorney's Office　　　　224 West 30th Street, Suite 302 New York, NY 10001 212-929-0592

271-A Cadman Plaza East Brooklyn, N.Y. 11201　　　　Joshua L. Dratel, Dratel & Lewis

(718) 254-6054; Saritha.Komatireddy@usdoj.gov　　　　29 Broadway, Suite 1412 New York, NY 10006 212-732-0707

**Court-Judge/Agency appealed from:** The Honorable LaShann DeArcy Hall, U.S.D.J., E.D.N.Y.

**Please check appropriate boxes:**　　　　**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):　　Has this request for relief been made below? ☐ Yes ☐ No
☒ Yes　☐ No (explain): _____　　Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed　☐ Opposed　☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes　☒ No　☐ Don't Know

Is oral argument on motion requested?　☐ Yes　☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?　☐ Yes　☒ No If yes, enter date: _____

**Signature of Moving Attorney:**

/s/　　**Date:** 10/28/2025　**Service by:** ☒ Electronic　☐ Other [Attach proof of service]
Saritha Komatireddy

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------- x

USA v. 24-1648(L), 25-542(CON)

D E C L A R A T I O N

Docket Nos. 24-1648(L),
25-542(CON)

--------------------------------- x

   SARITHA KOMATIREDDY hereby declares the following under 28 U.S.C. § 1746:

   1. I am an Assistant United States Attorney in the Eastern District of New York. I submit this declaration in support of the government's motion on consent for permission to file an oversized brief of no more than 25,000 words.

   2. This is a defense appeal pursuant to 28 U.S.C. § 1291 from an order entered on February 10, 2025, in the United States District Court for the Eastern District of New York (DeArcy Hall, J.), denying defendant-appellant Agron Hasbajrami's supplemental motion to suppress the fruits of any querying of information collected pursuant to Section 702 of FISA.

3. Hasbajrami was arrested on September 6, 2011, at John F. Kennedy International Airport, where he was about to board a flight destined for Turkey on a one-way ticket, with the intention of traveling to the mountainous border region of Pakistan and Afghanistan to join a terrorist group and fight jihad. He pleaded guilty to attempting to provide material support to terrorists. After his guilty plea, the government provided Hasbajrami with notice that the government had intended to use information derived from surveillance conducted pursuant to Section 702 in the proceedings against him. Hasbajrami withdrew his guilty plea and moved to suppress evidence seized by the government under Section 702 and any fruits thereof. On March 8, 2016, the district court denied the motion to suppress. Hasbajrami again pleaded guilty, this time on the condition that he could appeal the denial of the suppression motion. Hasbajrami appealed.

4. On December 18, 2019, after briefing and argument from the parties, this Court largely affirmed the denial of the suppression motion—holding that incidental collection of the electronic communications of U.S. persons acquired via Section 702 collection is reasonable under the Fourth Amendment and that any error arising from

3

a failure to suppress the results of inadvertent collection was harmless—and remanded to the district court for further fact finding and conclusions regarding the extent, impact, and reasonableness of querying of government databases containing Section 702 information.

5. On February 10, 2025, after further briefing and argument from the parties, the district court again denied Hasbajrami's suppression motion, holding that querying of Section 702 information generally requires a warrant but that suppression in this case was not required because the good faith exception applies.

6. Hasbajrami again appealed. On July 15, 2025, Hasbajrami filed a 16,428-word brief challenging the district court's conclusion regarding the good faith exception. On July 22, 2025, amici curiae filed a 6,968-word brief defending the district court's conclusion regarding whether a warrant was required.

7. The government now moves for permission to file an oversized brief of no more than 20,000 words. Given the size of the record and the complexity of the issues raised, we submit that a brief of that length is reasonable to permit the government to address the arguments of both defendant-appellant and amici curiae. In its brief, the

4

government intends to provide a recitation of the factual background, procedural history, and legal developments relevant to this more-than-decade-long litigation, and address the district court's suppression ruling both on the issue of whether a warrant was required and on the applicability of the good faith exception.

8. Our office has contacted counsel for defendant-appellant Hasbajrami and counsel has no objection to the relief sought by this motion.

9. For the reasons stated, the government's motion should be granted.

I declare under penalty of perjury that the foregoing is true and correct.

/s/<br>
SARITHA KOMATIREDDY<br>
Assistant U.S. Attorney

Executed on October 28, 2025
Brooklyn, New York